**Lanae Oviedo, SBN# 333049**
**Law Office of Lanae Oviedo**
**1435 L Street**
**Fresno, California 93721**
**Telephone (559) 710-2500**
**loviedolaw@outlook.com**

Attorney for Defendant KEVIN RAY ADAMS

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> KEVIN RAY ADAMS, ) <br> ) <br> Defendant. ) <br> ) <br> ) | Case No.  1:14-CR-00138-JLT-SKO <br><br> **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE HEARING** <br><br> Date:   June 8, 2026 <br> Time:  2:00 p.m. <br> Judge: Erica P. Grosjean |

IT IS HEREBY STIULATED by the defendant, Kevin Ray Adams, by and through his counsel, Lanae Oviedo, and the United States of America, by and through its counsel, Assistant United States Attorney, David Gappa, that the Status Conference hearing currently set for June 8, 2026, be continued to July 22, 2026.

Counsel for Mr. Adams has requested the continuance in order to further investigate the alleged violations and have further discussions with Mr. Adams about a disposition.

IT IS SO STIPULATED.

Dated: June 3, 2026                    */s/ Lanae Oviedo*
                                  _____

                                  **Lanae Oviedo**
                                  Attorney for Defendant

STIPULATION AND ORDER TO CONTINUE STATUS CONFERENC HEARING

Dated: June 3, 2026                    */s/ David Gappa*

                                       **David Gappa**
                                       Assistant United States Attorney

## ORDER

Pursuant to the stipulation of the parties, and good cause appearing, the Status Conference hearing currently set for June 8, 2026, is hereby continued to July 22, 2026, at 2:00p.m. before Magistrate Judge Erica P. Grosjean.

IT IS SO ORDERED.

Dated: June __4__, 2026

_____
United States Magistrate Judge

**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENC HEARING**