**Lanae Oviedo, SBN# 333049**
**Law Office of Lanae Oviedo**
**1435 L Street**
**Fresno, California 93721**
**Telephone (559) 710-2500**
**loviedolaw@outlook.com**

Attorney for Defendant KEVIN RAY ADAMS

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KEVIN RAY ADAMS,<br><br>Defendant. | Case No. 1:14-CR-00138-JLT-SKO-1<br><br>**MOTION TO TERMINATE CJA APPOINTMENT AND ORDER** |

On April 30, 2026, a Petition for Warrant or Summons for Person Under Supervision was filed charging Defendant, KEVIN RAY ADAMS, violated the terms of his Supervised Release. On May 27, 2026, CJA Panel Counsel, Lanae Oviedo, was appointed to represent Mr. Adams. Mr. Adams was sentenced on September 8, 2026; Mr. Adams was in custody at sentencing. The time for filing a direct appeal was September 22, 2026, no direct appeal was filed. The trial phase of Mr. Adam's criminal case has, therefore, come to an end. Having completed her representation of Mr. Adam's Counsel, Lanae Oviedo, now moves to terminate her appointment under the Criminal Justice Act.

Should Mr. Adams require further legal assistance he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him.

Dated: October 1, 2026

*/s/ Lanae Oviedo*

**Lanae Oviedo**
Attorney for Defendant

## ORDER

Having found that attorney Lanae Oviedo has completed the services for which she was appointed, the Court hereby grants Counsel Lanae Oviedo's request for leave to withdraw as defense counsel in this matter.

Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721. The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant, KEVIN RAY ADAMS, at the following address and to update the docket to reflect Defendant's pro se status and contact information.

Kevin Ray Adams, USM No. 71669-097
Taft Community Correctional Facility
P.O. Box 925
Taft, CA 93268

IT IS SO ORDERED.

Dated: October 1, 2026

UNITED STATES DISTRICT JUDGE